# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Savy Surfers, Inc., d/b/a International Audio Visual Inc., | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Wings of Minot ND LLC d/b/a Wings of Minot, | ) ) ) | Case No. 1:17-cv-164 |
| Defendant. | ) ) | |

Before the court is a "Stipulation for Continuance of November 19, 2019, Trial" filed by the parties on October 25, 2019. The court **ADOPTS** the parties' stipulation (Doc. No. 34). The jury trial scheduled for November 19, 2019, shall be rescheduled for January 28, 2020, at 9:30 a.m. in Fargo before Judge Peter D. Welte. A three (3) day trial is anticipated. The final pretrial conference scheduled for November 7, 2019, before the magistrate judge shall be rescheduled for January 14, 2020, at 9:00 a.m. by telephone. To participate on the conference, counsel should call Tel. No. (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2019.

>  */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court